United States District Court
Southern District of Texas
**ENTERED**
August 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERMAINE LEDAY, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-01804 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| CARMAX BUSINESS | § | |
| SERVICES LLC d/b/a | § | |
| CARMAX AUTO | § | |
| FINANCE, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Defendant CarMax Business Services, LLC d/b/a CarMax Auto Finance removed this case from state court asserting federal question subject matter jurisdiction. Dkt 1.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan, recommending (i) that this case be remanded to state court because Plaintiff Jermaine Leday did not assert a federal claim, and (ii) that Plaintiff be awarded $1,600 in attorney's fees incurred in filing the motion to remand. Dkt 12.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 12.

This case is REMANDED to state court. Order on remand will issue separately.

Defendant CarMax Business Services, LLC d/b/a CarMax Auto Finance is ORDERED to pay Plaintiff Jermaine Leday $1,600 for reasonable attorney's fees incurred in filing the motion to remand.

SO ORDERED.

Signed on July 31, 2024, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge

2